UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. L.,<br><br>            Plaintiff,<br><br>      v.<br><br>DELVE RISK LLC, et al.,<br><br>            Defendants. | Case No.  22-cv-05935-TLT<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY DEFENDANTS' MOTION TO DISMISS SHOULD NOT BE GRANTED**<br><br>Re: ECF No. 7 |

On October 17, 2022, defendants, Delve Risk Solutions LLC, and Anthony Joshua, filed a motion to dismiss plaintiff's complaint for lack of personal jurisdiction, improper venue, and in the alternative, a motion to transfer this action to the United States District Court, Eastern District of Virginia.  *See* ECF No. 7.  Plaintiff's response or opposition to the motion was due by October 31, 2022.  Plaintiff did not file a response or opposition by the deadline.

Given plaintiff's failure to oppose the motion by the deadline, plaintiff is hereby **ORDERED** to show cause why defendants' motion should not be granted.  Plaintiff shall file a statement of no more than two pages by November 18, 2022.  If plaintiff wishes to oppose the motion, plaintiff must also file any opposition by that date.  If plaintiff files an opposition to which defendants wish to reply, defendants may file any reply by December 2, 2022.  A motion hearing date will be set by the Court if necessary.

**IT IS SO ORDERED.**

Dated: November 2, 2022

TRINA L. THOMPSON
United States District Judge