UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. L., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DELVE RISK LLC, et al.,<br><br>    Defendants. | Case No. 22-cv-05935-TLT<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT**<br><br>Re: ECF Nos. 7,15 |

On November 2, 2022, the Court issued an Order to Show Cause ("OSC") why defendants' motion should not be granted based on plaintiffs' failure to respond or oppose defendants' motion to dismiss. ECF No. 15. Plaintiff provided a timely written response to the OSC. ECF No. 17. Having reviewed the submission, the Court is satisfied with plaintiffs' response. Instead of opposing the motion, plaintiffs elected to amend the complaint as a matter of course under Federal Rule of Civil Procedure Rule 15. *See* ECF No. 16.

Accordingly, the OSC is **DISCHARGED** and defendants' motion to dismiss plaintiffs' complaint for lack of personal jurisdiction, improper venue, and in the alternative, a motion to transfer this action to the United States District Court, Eastern District of Virginia (ECF No. 7) is **DENIED** as moot.

   **IT IS SO ORDERED.**

Dated: November 17, 2022

                               TRINA L. THOMPSON
                               United States District Judge